U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG - 4 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN ARWIN HOUSTON, Petitioner | CIVIL ACTION NO. 1:17-CV-759-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 3), and after a de novo review of the record including the objection filed by Petitioner (Doc. 4), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2241 petition is hereby **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 4th day of August, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE